**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10
11   DAVID WALLACE,                          No. C-12-00015 (DMR)
12           Plaintiff(s),                   **ORDER RE SUBMISSION OF NOTICE OF RIGHT TO SUE LETTER FROM EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
13       v.
14   INTEGRATED CONSTRUCTION,
15           Defendant(s).
16   _____/
17       The court hereby ORDERS Plaintiff to submit his Notice of Right to Sue Letter from the
18   Equal Employment Opportunity Commission by March 5, 2012. Failure to comply with this order
19   will result in the case's being reassigned to a District Judge.
20
21       IT IS SO ORDERED.
22
23   Dated: February 1, 2012
24                                              _____
25                                              DONNA M. RYU
                                                United States Magistrate Judge
26
27
28