**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALLACE,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>INTEGRATED CONSTRUCTION,<br><br>　　　　Defendant(s).<br>_____/ | No. C-12-00015 (DMR)<br><br>**ORDER RE SUBMISSION OF NOTICE OF RIGHT TO SUE LETTER FROM EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** |

The court hereby ORDERS Plaintiff to submit his Notice of Right to Sue Letter from the Equal Employment Opportunity Commission by March 5, 2012. Failure to comply with this order will result in the case's being reassigned to a District Judge.

IT IS SO ORDERED.

Dated: February 1, 2012

_____
DONNA M. RYU
United States Magistrate Judge