UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID WALLACE,	No. C-12-00015 (DMR)

      Plaintiff(s),	**ORDER TO SHOW CAUSE**

  v.

INTEGRATED CONSTRUCTION,

      Defendant(s).
_____/

      Plaintiff filed this Title VII employment discrimination action on January 3, 2012 [*see* Docket No. 1], along with an application to proceed *in forma pauperis* ("IFP Application") [Docket No. 3]. When completing his IFP Application, Plaintiff did not provide the court with the date of his last employment and the amount of income he received at that job. Moreover, he did not submit a requisite Notice of Right to Sue Letter from the Equal Employment Opportunity Commission. The court ordered Plaintiff to file this letter by March 5, 2012. [Docket No. 8.] Plaintiff has not filed the letter.

      The court therefore ORDERS Plaintiff to SHOW CAUSE why his case should not be dismissed for failure to prosecute. No later than March 12, 2012, Plaintiff shall provide the court with the missing information for his IFP Application the Notice of Right to Sue Letter. If Plaintiff fails to comply, the court will dismiss this case for failure to prosecute.

      IT IS SO ORDERED.

Dated: March 6, 2012



DONNA M. RYU
United States Magistrate Judge